THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Zandra Westenkirchner, et all,

    Plaintiffs,

v.

Voice of Choice, Inc., et al,

    Defendants.                      Civil Action No. 13-CV-03523-RWT

\*    \*    \*    \*    \*    \*    \*    \*

**NOTICE OF DISMISAL WITHOUT PREJUDICE**

No answer or motion for summary judgment having yet been filed, Plaintiff dismisses the above-captioned action ***without prejudice*** pursuant to Fed. R. Civ. P. 41(a)(1)(A).

          Respectfully submitted,
          -slt- Steven L. Tiedemann
          Steven L. Tiedemann, Esq.
          D. Md. Bar. No. 24794
          75 Aileron Court
          Suite 8
          Westminster, MD  21157
          (443) 952-7101
          (443) 952-7104
          *steve@hardhatlegal.com*
          Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that on the date of the filing hereof, a copy of the foregoing was served on Attorneys for Defendants via first-class mail and email to:

Daniel F. Goldstein, Esq.
Brooke Lierman, Esq.
Brown Goldstein & Levy, LLP
120 East Baltimore St.
Suite 1700
Baltimore, MD 21202; and

Cynthia Maskol, Esq.
500 E. Pratt Street
Suite 600
Baltimore, MD  21202

          Respectfully submitted,
          _____-/slt/-_____